**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**


**REHEARING ACTION: November 12, 2014**


**Docket Number: 13   01374-CA**

**HAYES FUND FOR THE 1ST UNITED METHODISTCHURCH OF WELSH, LLC, ET AL.**
**VERSUS**
**KERR-MCGEE ROCKY MOUTAIN, LLC, ET AL.**

**Appealed from Jefferson Davis Parish Case No. C-520-09**


**BEFORE JUDGES:**

**Hon. Jimmie C. Peters**
**Hon. Billy Howard Ezell**
**Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the joint

application for rehearing filed by **Crimson Exploration Operating, Inc., et al; Aspect**

**Resources, LLC; and Noble Energy, Inc.** has this day been

**DENIED.**


cc: Jon Wesley Wise, Counsel for the Appellee
    John Pratt Farnsworth, Counsel for the Appellee
    William D. Shea, Counsel for the Appellee
    John Michael Veron, Counsel for the Appellant
    Jere Jay Bice, Counsel for the Appellant
    Alonzo P. Wilson, Counsel for the Appellant
    Shayna L. Sonnier, Counsel for the Appellant
    Elton Ford Duncan, III, Counsel for the Appellee
    Jefferson D. Stewart, II, Counsel for the Appellee